# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THERON WHITE, | ) | |
| *Plaintiff* | ) | |
| v. | ) | |
| JOSEPH GALLARELLI SERGEANT OF THE CITY OF BOSTON AND INDIVIDUALLY, DARIO FANCELLI AS POLICE OFFICER OF THE CITY OF BOSTON AND INDIVIDUALLY, RICHARD L. MEDINA AS POLICE OFFICER OF THE CITY OF BOSTON AND INDIVIDUALLY, JOHN DOES AS POLICE OFFICERS OF THE CITY OF BOSTON AND INDIVIDUALLY, | ) | CIVIL ACTION NO.: 11-CV-10234-DPW |
| *Defendants* | ) | |

## STIPULATION OF DISMISSAL
## PURSUANT TO FED.R.CIV.P. 41(a)(1)(ii)

All parties in the above-entitled action hereby jointly stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) to dismiss all counts and claims as they relate to all Defendants, Joseph Gallarelli, Richard Medina, and Dario Fancelli, in their individual and official capacities, with prejudice, without costs and waiving all rights of appeal.

| | |
|---|---|
| Respectfully Submitted,<br>For the Plaintiff Theron White<br>By his Attorney, | Respectfully Submitted,<br>For the Defendants<br>By their Attorney, |
| */s/ Charles S. Pappas* | */s/ Dawn Beauchesne* |
| _____<br>Charles S. Pappas, Esq.<br>Mahaney & Pappas, LLP<br>BBO No. 663281<br>639 Concord Street<br>Framingham, MA 01702<br>Tel: (508) 879-3500 | _____<br>Dawn Beauchesne, Esq.<br>Assistant Corporation Counsel<br>City of Boston, Law Department<br>BBO No. 661669<br>One City Hall Square<br>Boston, Ma  02201<br>Tel:  617-635-4023 |

Dated: April 26, 2012